UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **J.J.R. DISTRIBUTING CORPORA-** ) <br> **TION, D/B/A DISILVA FRUIT, et al,** ) <br> ) <br> **Plaintiffs** ) <br> **v.** ) <br> ) <br> **SANDLER BROS., et al,** ) <br> ) <br> **Defendants** ) | Civil No. 09-210-P-S |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 75) filed February 23, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Plaintiffs' Application for Award of Attorneys' Fees and Costs (Docket No. 74) is **GRANTED** in the amount of $36,080.45 to the prevailing parties, to be apportioned as counsel deem appropriate.

                                                                                /s/ George Z. Singal
                                                                                United States District Judge

Dated this 18th day of March, 2010.